Amendment case #[2:20-cv-0017-TOR]

Dear Honorable Judge Thomas O. Rice my psychiatrist put me on med watch and crushed meds because I refuse to take clozoril and medication that their is no court order for me to take. Dr. Palader is on of the defendants on this case # As a patient I have the right to refuse any medication unless ordered to take it buy the courts. This is a direct violation of my patient rights and it is also against hospital policy. This is the worst mental institution I have ever been in my life this hospital has been violating my patient rights, civil rights, and constitution rights since I first arrived here in 2012. I was born with a mental condition of bipolar and later and is P.T.S.D. because I found my 13 year old friend shot to death gasping for his last breath that's why I have had so many civil commitments I've never hurt any body at mental institutions unless some one tried to harm me first.

Sincerly, Elliott D. Gooden
ELLIOTT D. GOODEN

ELLIOTT D. GOODIN
800 MAPLE ST. RM. 222
Medical Lake, WA 99022

Amendment case # 2:20-CV-0017-TOR

ZIP 99022
02 4W
0000341489 FEB 13 2020
$001.00⁰

To: Honorable Cheif Judge Thomas O. Rice
US. District Court
P.O. Box 1493
Spokane, WA 99210

RECEIVED
FEB 14 2020
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON